IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

RICARDO SANTIAGO SOLDEVILA
OLGA D TRISTANI SERRANO

DEBTOR(S)

RICARDO SANTIAGO SOLDEVILA
OLGA D TRISTANI SERRANO

PLAINTIFF(S)

INDUSTRIAL FEDERAL CREDIT UNION
JOSE R CARRION, TRUSTEE

DEFENDANT(S)

CASE NO. 10-000120  E

Chapter 13

ADVERSARY PROCEEDING 10-00155

## ORDER SETTING PRE-TRIAL CONFERENCE
## AND LBR 7026(f) CONFERENCE
## CONTESTED MATTER

TO THE ATTORNEYS IN THE ABOVE CASE:

You are hereby notified that a pre-trial conference in the above captioned case will be held on **JAN 28 2011** at **10:00 AM** at the US POST OFFICE & COURTHOUSE BLDG, 300 RECINTO SUR STREET, COURTROOM 2 SECOND FLOOR, SAN JUAN, PR. This conference will be governed by Rule 7016 of the Federal Rules of Bankruptcy Procedure and Rules 7016-1, 7026-1 and 9014-1 of the Puerto Rico Local Bankruptcy Rules (LBR).

IT IS ORDERED that each party be represented by the attorney who expects to conduct the actual trial and that each attorney be familiar with the Local Bankruptcy Rules.

IT IS FUing the pre-trial conference and discovery conference may result in the imposition of any sanctions that the Court may deem appropriate including the dismissal of the case.

In San Juan, Puerto Rico, this **SEP 22 2010**



U.S. BANKRUPTCY JUDGE

By: _____