**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| RICARDO SANTIAGO SOLDEVILA<br>OLGA D. TRISTANI SERRANO<br><br>PLAINTIFF<br><br>VS.<br><br>INDUSTRIES FEDERAL CREDIT UNION<br>JOSE RAMON CARRION MORALES<br><br>DEFENDANTS | ADVERSARY PROCCEDING:<br>10-0155 |

**MOTION FOR EXTENSION OF TIME TO ANSWER**

**TO THE HONORABLE COURT:**

Comes now co-defendant Borinquen Community Federal Credit Union specially appearing by and through its undersigned attorneys, without submitting to the jurisdiction or venue of this forum nor waiving any other defense and respectfully states and prays as follows:

1. Borinquen Community Federal Credit Union has acquired co-defendant Industries Federal Credit Union in a federally assisted transaction.

2. Borinquen Community Federal Credit Union has retained the services of Santos & Nieves Blas to appear on its behalf in connection with this case.

3. In order to be able to file an adequate answer to the Complaint or any response pleading in the present adversary proceeding, the subscribing counsels must conduct an investigation regarding the facts alleged in the complaint and if Borinquen Community Federal Credit Union, as successor to the now extinct Industries Federal Credit Union is liable.

4. Accordingly, appearing co-defendant requires an extension of thirty (30) additional days to file responsive pleading to the amended complaint since necessary and requires information for the preparation of a responsive pleading is not readily available.

5. Industries Federal Credit Union has ceased to exist for all legal proposes.

**WHEREFORE,** Borinquen Community Federal Credit Union respectfully request from this Honorable Court to grant an extension of time of thirty (30) days to file its pleading in this case.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that copy of foregoing motion has been electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such fillings to counsel of record.

In Mayagüez, Puerto Rico, this 30th day of September, 2010.

**SANTOS & NIEVES BLAS**
**ATTORNEYS FOR BORINQUEN COMMUNITY**
**FEDERAL CREDIT UNION**
**P.O. BOX 1809**
**MAYAGUEZ, PUERTO RICO 00681**
**TEL. 787-833-5466**
**FAX. 787-834-7631**
E-mail: **lrsantos59@hotmail.com**

s/ María Cristina Mayoral Maldonado (222406)
Counsel for Francisco Vélez-Mejía & María A. Acevedo
P. O. Box 1809
Mayagüez, P. R. 00681
Tel. (787) 833-5466
Fax (787) 834-7631