**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| RICARDO SANTIAGO SOLDEVILA<br>OLGA D. TRISTANI SERRANO<br><br>PLAINTIFF<br><br>VS.<br><br>INDUSTRIES FEDERAL CREDIT UNION<br>JOSE RAMON CARRION MORALES<br><br>DEFENDANTS | ADVERSARY PROCCEDING:<br>B-10-0155 ESL<br><br>Chapter 13 |

**NOTICE OF APPEARANCE**

**TO THE HONORABLE COURT:**

  **COMES NOW** the National Credit Union Administration Board, through it's undersigned, counsel, and respectfully sets forth:

  1. The law firm of Santos & Nieves-Blas has been retained by the National Credit Union Administration Board, to represent it in above case proceedings.

  2. The National Credit Union Administration Board is the liquidating agent for Industries Federal Credit Union.

  3. Appearing party moves this Honorable Court to notify subscribing counsel of all orders and judgments entered.

  **WHEREFORE** the National Credit Union Administration Board, moves this Honorable Court of notify it of all orders and judgments through the Law Firm of Luis Roberto Santos.

  **I HEREBY CERTIFY** that copy of foregoing motion has been electronically filed using the CM/ECF system which will send notification of filling to all counsel of record.

  In Mayagüez, Puerto Rico, November 6th, 2010.

  **SANTOS & NIEVES BLAS**
  **s/ María Cristina Mayoral Maldonado (222406)**
  **Counsel for National**
  **Credit Union Administration Board**
   **P. O. Box 1809**
   **Mayagüez, P. R. 00681**
   **Tel. (787) 833-5466**
   **Fax (787) 834-7631**