# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| RICARDO SANTIAGO SOLDEVILA | CASE NO. 10-00120 ESL |
| OLGA TRISTANI SERRANO | Chapter 13 |
| Debtor(s) | ADVERSARY NO. 10-00155 ESL |
| RICARDO SANTIAGO SOLDEVILA | |
| OLGA TRISTANI SERRANO | |
| Plainitf(s) | |
| INDUSTRIES FEDERAL CREDIT UNION, ET AL. | **FILED & ENTERED ON 11/12/2010** |
| Defendant(s) | |

## ORDER

The motion requesting substitution of party filed by The National Credit Union Administration in its capacity as liquidating agent for defendant Industries Federal Credit Union (docket #12) is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 12 day of November, 2010.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR(S)
   THE NATIONAL CREDIT UNION ADMINISTRATION
   JOSE RAMON CARRION MORALES
   UST